**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **GEORGE RAYMOND WILLIAMS, M.D., ORTHOPAEDIC SURGERY** | **CASE NO. 6:19-CV-00288** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **HOMELAND INSURANCE CO. OF NEW YORK, ET AL.** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff Class's Motion to Remand [ECF No. 12] be DENIED, that the claims of the Plaintiff Class (in its capacity as CorVel's assignee) asserted against Med-Comp USA Inc. be dismissed without prejudice, and that the Plaintiff Class's pre-existing claims against Med-Comp USA Inc. and Homeland Insurance Co. of New York (if any) be remanded, consistent with the report and recommendation.

THUS DONE in Chambers on this 30th day of August, 2019.

_____
**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**