UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION OF LAFAYETTE

| | |
|---|---|
| GEORGE RAYMOND WILLIAMS, M.D., ORTHOPAEDIC SURGERY, A PROFESSIONAL MEDICAL, LLC | CIVIL ACTION: 6:19-cv-00288 |
| VERSUS | JUDGE SUMMERHAYS |
| HOMELAND INSURANCE COMPANY OF NEW YORK ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Homeland Insurance Company's Motion to Dismiss [Rec. Doc. 17] be GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff Class's claims are hereby DISMISSED with prejudice.

Signed at Lafayette, Louisiana, this 28th day of February, 2020.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE